■ In the Matter of ROXANNE R., Appellant, v LUIS A.F., Respondent, and ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [931 NYS2d 495]—

Family Court properly determined that freeing the child for

adoption by her foster parents was in her best interests (*see Matter of Guinta v Doxtator*, 20 AD3d 47, 53-55 [2005]). The standard for custody as between nonparents does not afford appellant a preference (*Matter of Vanisha J. [Patricia J.]*, 87 AD3d 696 [2011]; *Matter of Jennifer A.*, 225 AD2d 204, 206 [1996], *lv denied* 91 NY2d 809 [1998]). Nevertheless, we note that appellant is free to seek visitation (*see Matter of Shelia B. v Shirelle Jasmine B.*, 67 AD3d 610 [2009]). Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.